*Law Offices of*

# WHITELAW & FANGIO

247-259 W. Fayette Street
Syracuse, New York 13202
Telephone (315) 472-7832
Fax No. (315) 472-7816
*(Service by fax not accepted)*

KENNETH D. WHITELAW
MARY LANNON FANGIO

mary@fangiolaw.com
kate@fangiolaw.com

Wednesday, March 10, 2010

US Bankruptcy Court Clerk
100 S. Clinton Street
PO Box 7008
Syracuse New York 13261

RE:  Demetria Gammage
Case No. 08-32172

Gentlepersons:

Enclosed please find a check in the amount of $16.31 which represents the dividend check for a check issued to AFNI/Verizon, 404 Brock Drive, Bloomington IL 61701 . The check was not cashed within the 90 day time period. A stop payment was issued and a new check was issued payable to the Court.

Very Truly Yours,

Kate Zacharewski
Paralegal

MLF/krz

Enclosure

RECEIVED

MAR 12 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY